UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. DAVIS, an individual on behalf of himself and on behalf of all persons similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS CALIFORNIA, LLC, et al.,<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 16cv989-BAS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>**[ECF No. 25]** |

　　　On September 2, 2016, the parties filed a "Joint Notice of Private Mediation and Motion to Continue Class Certification Briefing Schedule." ECF No. 25. The parties state that they have scheduled a private mediation on January 18, 2017, and that the mediation date was "one of the soonest available dates when good mediators who are knowledgeable about cases such as this one are currently available to mediate." Id. at 2. The parties further represent that if the

class certification deadline is continued, they are likely to settle the case without expending significant resources on depositions and other preparations required for class certification motion practice. Id. The parties thus ask the Court to continue the current deadline to file the motion for class certification from October 24, 2016 until March 24, 2017, and list their proposed related dates. Id. at 2-3.

Having reviewed the parties' joint motion and finding good cause, the Court **GRANTS** the motion. Accordingly, the Court continues the dates as follows:

|  | **Date** |
|---|---|
| **Private Mediation** | January 18, 2017 |
| **Motion for Class Certification** | March 24, 2017 |
| **Opposition** | April 21, 2017 |
| **Reply** | May 5, 2017 |

All other guidelines and requirements remain as previously set. See ECF No. 13.

**IT IS SO ORDERED.**

Dated: 9/6/2016

Hon. Barbara L. Major
United States Magistrate Judge